# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00640-CV

**Rainbow Group, Ltd. and Alan Sager, Appellants**

**v.**

**Josephine Johnson, Jennifer Casey, Seantel Wilmes, and Ava Lott, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. 92-02221, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Rainbow Group, Ltd. and Alan Sager filed with this Court an unopposed motion to dismiss appeal, informing this Court that the parties have settled their dispute and their appeal is now moot. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellants= Motion

Filed:   February 20, 2004